MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JASON KENNEDY,

    Plaintiffs,

vs.

CBE CUSTOMER SOLUTIONS, INC.
d/b/a CBE GROUP,

    Defendant.

CASE NO: 2:15-cv-00696-JAD-VCF

**ORDER**

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

GORDON & REES LLP

_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
3770 Howard Hughes Pkwy, #100
Las Vegas, Nevada 89169
Attorneys for Defendant

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk Court is instructed to close this case.

Dated: July 10, 2015.

_____
UNITED STATES DISTRICT JUDGE